NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5074

ESTERHILL BOAT SERVICE CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 09-CV-735, Senior Judge Robert H. Hodges, Jr.

## O R D E R

Upon consideration of the United States' unopposed motion for an extension of time, until March 1, 2010, to file its response to Esterhill Boat Service Corporation's motion for a stay pending appeal,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

FEB 2 4 2010

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sam Z. Gdanski, Esq.
Kent C. Kiffner, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2010

JAN HORBALY
CLERK